UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN    TEL. (787) 772-3012
CLERK    FAX (787) 766-5693

April 9, 2007

Kevin F. Rowe
Clerk of Court
US District Court
450 Main Street
Hartford, CT 06103

Re: Cr. No. 99-125-09 (JAF)
Cr. No. 98-200-01 (PG)
USA vs. Ramos-Rivera

Dear Mr. Rowe:

In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on March 27, 2007, we enclose the following documents:

1. Certified copy of Indictment filed on May 5, 1999 (docket # 2).

2. Certified copy of Sealed Judgment filed on May 31, 2001 (docket # 1209).

3. Certified copy of Transfer of Jurisdiction Order filed on March 27, 2007 (docket # 1492).

4. Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of Court

Lida Isis Egele
Operations Manager

Enc.
cc: Jose Soto, SUSPO